UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JOYCE HOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security[1],<br><br>　　　　Defendant. | Case No.: 1:25-cv-0135 JLT CDB<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. 11)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF KIMBERLY JOYCE HOWELL AND AGAINST DEFENDANT LELAND DUDEK, ACTING COMMISSIONER OF SOCIAL SECURITY |

　　　　Kimberly Joyce Howell and the Acting Commissioner of Social Security stipulated to a voluntary remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (Doc. 11.)  Pursuant to the stipulation, the final decision of the Commissioner is reversed, and upon remand the administrative law judge shall issue a new decision.  (*Id.* at 1.)  In addition, the parties agree that judgment should be entered in favor of Plaintiff and against the Commissioner.  (*Id.*) Based upon the terms of the stipulation, the Court **ORDERS**:

　　　　1.　　The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

---

[1] Leland Dudek became the Acting Commissioner of Social Security in February 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek is substituted as the defendant in this action.

1

2. The Clerk of Court is directed to enter judgment in favor of Plaintiff Kimberly Joyce Howell and against Defendant Leland Dudek, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **April 4, 2025**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE